# Court of Appeals
# of the State of Georgia

ATLANTA, October 24, 2024

*The Court of Appeals hereby passes the following order:*

**A25I0068. BRENT WADE et al v. MICHAEL SHIELDS**.

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion be hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/24/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*